■ In the Matter of JAMES WILLIAMS, Appellant, v HAROLD J. SMITH, as Superintendent of Attica Correctional Facility, Respondent. (Appeal No. 2.)—Judgment affirmed *(see, People ex rel. Gneco v New York State Div. of Parole,* 134 AD2d 389).

Callahan, J. P., and Lawton, J., concur.

Boomer, J. concurs in the same memorandum as in *Matter of Williams v Smith* ([appeal No. 1], 136 AD2d 917 [decided herewith]).

Denman and Davis, JJ., dissent and vote to reverse and grant the petition, in the same dissenting memorandum as in *Matter of Williams v Smith* ([appeal No. 1], 136 AD2d 917 [decided herewith]). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Callahan, J. P., Denman, Boomer, Lawton and Davis, JJ.